WILLIAM DOUGHERTY, Respondent, *v.* MICHAEL K. NEVILLE, Appellant.

*Dougherty* v. *Neville,* 108 App. Div. 89, affirmed.
(Argued October 26, 1906; decided November 20, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 28, 1905, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a

new trial in an action to rescind a contract on the ground of false representations.

*George W. Steadman, James J. Macklin* and *La Roy S. Gove* for appellant.

*Walter N. Gill* and *Howard Chipp* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not sitting: CHASE, J. Absent: GRAY, J.